UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------

IN RE:  BK NO. 04-24910

RONALD L HAYWOOD
    Debtor(s)

-------------------------------------------------------

AMENDED
TRANSMITTAL OF UNCLAIMED FUND$

**FILED Sept. 3, 2009 BANKRUPTCY COURT ROCHESTER, NY**

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    Ronald L Haywood
    PO Box 17684
    Rochester NY 14617

2. Your Trustee's check for $389.94, payable to the Clerk of the Court, was attached to the original report.

3. Nothing further remains to be done in this case.

Dated: September 1, 2009
    Rochester, NY     /s/_____
                                               GEORGE M. REIBER, TRUSTEE